**Order filed June 10, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00873-CR
_____

**EMANUEL JOEL THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 179th District Court
Harris County, Texas
Trial Court Cause No. 1457656**

## ORDER

The clerk's record in this appeal was filed March 19, 2021. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the trial court's January 29, 2021 order granting a new trial.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **June 21, 2021**, containing the trial court's January 29, 2021 order granting a new trial.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Spain.